IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-40035-DDC |
| v. ) | |
| ) | |
| REGINALD EUGENE NEWMAN (01), ) | |
| TIARA JADE NEWMAN (02), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

This matter comes before the Court upon the motion by the United States, Doc. 44, for an order to stay and review the order of the magistrate in North Carolina who ordered release of a material witness, Larry McCaw, on his own recognizance with electronic monitoring. For good cause shown, the Court finds:

1. The order of release should be and is hereby stayed until further order of this Court.

2. The witness shall remain temporarily detained and transported by the United States Marshals Service to the District of Kansas for a prompt appearance before this Court for a de novo review of the order of release by the magistrate judge, pursuant to Title 18, United States Code, Section 3145.

IT IS SO ORDERED.

Dated:  August 31, 2015

                                             s/ Daniel D. Crabtree
                                             DANIEL D. CRABTREE
                                             UNITED STATES DISTRICT JUDGE